**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **YRC INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case no. 12-CV-2179 SAC/KGS** |
| | ) | |
| **MAGLA PRODUCTS, L.L.C. d/b/a MAGLA FINISHED GOODS WAREHOUSE, MAGLA PRODUCTS, INC., MAGLA INTERNATIONAL, LLC, MAGLA WORLDWIDE, LTD., ADS IN MOTION, INC., JORDAN GLATT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF YRC INC.'S MOTION TO REMAND**

COMES NOW plaintiff YRC Inc. ("YRC"), by and through counsel, and pursuant to 28 U.S.C. §1447(c), Fed. R. Civ. P. 7(b) and D.Kan. Local Rule 7.1(a) respectfully moves the Court to remand this case to the state District Court of Johnson County, Kansas where it originated, case number 11CV06905.

YRC's grounds for seeking an order to remand this case are: (1) this Court does not have subject matter jurisdiction over the action, (2) the Notice of Removal and attached consents filed by Jordan Glatt on March 26 ("Notice of Removal") were filed out of time, and (3) the Notice of Removal failed to include the required documentation. A memorandum in support of this Motion is being filed concurrently.

WHEREFORE, YRC respectfully requests that this Court enter an order remanding this case to the District Court of Johnson County, Kansas where it originated, case number 11CV06905. A memorandum in support of this Motion is being filed concurrently.

Respectfully submitted,

**SHAPIRO & MCMULLEN, P.A.**

By: /s/ Corey Mertes

Corey Mertes, KS 22903
Tony Shapiro, KS 17965
11460 Tomahawk Creek Parkway
Suite 310
Leawood, KS 66211
(913) 491-1120 – phone
(913) 491-1122 – fax
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Mark M. Iba
Misty D. Watt
1201 Walnut Street
Kansas City, Missouri 64106-2150
miba@stinson.com
mwatt@stinson.com

ATTORNEYS FOR DEFENDANT
JORDAN GLATT

/s/ Corey Mertes
Attorney for Plaintiff YRC, Inc.